FILED14 MAY '24 13:15USDC-ORP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon ▾

Terrance Turner

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

"United States Patent and Trademark Office"
"Trademark Pioneer"

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.  3:24-CV- 795 AR

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Terrance Turner |
| Street Address | 45520 EAST SEVERN WAY, #410 |
| City and County | STERLING |
| State and Zip Code | VA, 20166 |
| Telephone Number | (855) 365-1943 |
| E-mail Address | Legal@ServiceZeroProfessionalServices.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Trademark Pioneer |
| Job or Title *(if known)* | [[ -- NO PHYSICAL ADDRESS -- ]] |
| | ~~(956) 304-3570~~ |
| Street Address | support@trademarkpioneer.com, eddie.schneider@trademarkpioneer.com |
| City and County | United States Patent and Trademark Office |
| State and Zip Code | ~~600 Dulany St., Alexandria, VA 800-786-9199~~ |
| | dsd@uspto.gov, TrademarkAssistanceCenter@uspto.gov, TMScams@uspto.gov |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | U.S. Department of Justice |
| Job or Title *(if known)* | 950 Pennsylvania Avenue NW, Washington DC 20530 |
| Street Address | Federal Trade Commission |
| City and County | ~~600 Pennsylvania Avenue NW, Washington, DC 20580~~ |
| State and Zip Code | ~~SECURITY AND EXCHANGE COMMISSION~~ |
| | 100 F Street NE, Washington, DC 20549 |
| Telephone Number | Internal Revenue Service Whistleblower Office – ICE |
| E-mail Address *(if known)* | 1973 N Rulon White Blvd. M/S 4110, Ogden, UT 84404 |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | USSOCOM |
| Job or Title *(if known)* | FBI |
| Street Address | CIA |
| City and County | Secret Service |
| State and Zip Code | IRS, SEC, DHS, BATF, NSA |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Jurisdiction Common Law, Breach of Contract, U.S. Business Law,U.S. Contract Law,The Uniform Commercial Code, Fraud Statutes, Criminal Code, UCMJ, Conspiracy Statutes, Negligence ~
Sec. 802 & Sec 808 H.R. 3162, H.R. 6166, 18 U.S.C. § 241,
18 U.S. Code § 245, 18 U.S. Code § 1365, 18 U.S. Code § 1951, 18 U.S. Code § 1030,
18 U.S. Code § 1032, 18 U.S. Code § 1037, 18 U.S. Code § 1038, 18 U.S. Code § 1349
Title 18, U.S.C., Section 242, Title 18, U.S.C., Section 245

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Terrance Turner                    , is a citizen of the State of *(name)* Virginia                    .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* Terrance Turner                    , is incorporated under the laws of the State of *(name)* Virginia                    , and has its principal place of business in the State of *(name)*

   Virginia                    .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* [ N Λ A ]                    , is a citizen of the State of *(name)* [ N Λ A ]                    . Or is a citizen of *(foreign nation)* [ N Λ A ]                    .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* [ N Λ A ] _____ , is incorporated under

the laws of the State of *(name)* [ N Λ A ] _____ , and has its

principal place of business in the State of *(name)* [ N Λ A ] _____ .

Or is incorporated under the laws of *(foreign nation)* [ N Λ A ] _____ ,

and has its principal place of business in *(name)* [ N Λ A ] _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000 USD, as a general complaint and penalty against colluding actors. The USPTO as a representative of the government, does not perform adequate service, much like OSHA, who has a completely fraudulent investigation practice. The nation is under siege by individual actors who are paid through secret payments, to perform not good actions, including insults, getting in your way, showing up at bad and inappropriate hours, not performing customer service.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The private sector company is attempting to evade lawsuits and law enforcement by not listing a physical address on the website. It charges an uncoinscionable and unfair amount of money for services which is violation of The Federal Trade Commission Act, and is a general violation of law, criminal and civil. The victim is attempting to start and manage a business but cannot, resolve the conflict through communication. They ran off with its $10,000 USD as part of a regular and maintained scam operation. Someone pays for a service and the receiving government department, which has prices and fees, as well, has an extremely delayed time in processing a case. No one knows that they are scammed until it is months later, or, they might be waiting two to

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

four years for a trademark, copyright, or patent to become approved or some form of intellectual property protection. Much like law firms that do not perform lawsuits, no one is going to know, that someone was scammed because they look legitimate. The victim is seeking damages and judgement for violations of law and the impact to finances through these crimes and offenses has put its life at risk, and in harm's way, because it impacts its ability to hold property and maintain a lease. This impacts health. The victim is suffering from collusion and conpiracy attacks, that are coming through multiple actors and this case is a request to law enforcement of any capacity to intervene to support justice and good cause of mediation of life services. The

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

victim cannot attain normal representation because, normal ABA law firms, are not performing civil general cases and they do not even file cases in their own practice areas. They are completely enabliing beyond complicit in the crimes of others. The government offices of the SEC, OCC, FTC are overwhelmed with complaints and they have no ability to adjudicate and process everything. The case is seeking immediate judgement in punitive damages due to lack of communication from the private sector defendant company, lack of resolution through the private sector company, and the government department office. The scam works in tandem with agents and operators within the government office. They know completely what is going on and they pretend to work and do nothing.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/10/2024



Signature of Plaintiff

Printed Name of Plaintiff    Terrance Turner

### B.    For Attorneys

Date of signing:        05/10/2024



Signature of Attorney

Printed Name of Attorney    Terrance Turner

Bar Number    FEDERAL BAR ASSOCIATION CIA FBI BAR 431170989

Name of Law Firm    Service Zero Professional Services

Street Address    ~

State and Zip Code    FAIRFAX, VA 20190.

Telephone Number    (855) 365-1943

E-mail Address    Legal@ServiceZeroProfessionalServices.com

Terrance Turner
FEDERAL BAR ASSOCIATION INTERPOL SEC 431170989
45520 EAST SEVERN WAY
STERLING, VA 20166
Legal@ServiceZeroProfessionalServices.com
(855) 365-1943

*Attorney for the Plaintiff and the Proposed Claim, and victims of the allegations & charges*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

TERRANCE TURNER,
*individually and on behalf of the Proposed Claim, and*
*victims of the allegations & charges*

Plaintiff,

v.

"United States Patent and Trademark Office"
"Trademark Pioneer", "Eddie Schneider"

Defendant,

**CIVIL COMPLAINT**

**FEDERAL TRADE COMMISSION ACT**
**TITLE "42" CIVIL RIGHTS ACT**
**CONSUMER PRODUCT SAFETY ACT**
**TARGETED BUSINESS ASSAULT**
**CONSPIRACY, COLLSION CRIMINAL LAW**

**DEMAND FOR BENCH TRIAL**

## I.    JURISDICTION – SECTION ONE

1. **TITLE "28" U.S.C. § 1331, – THE FEDERAL QUESTION**
   The district courts shall have original jurisdiction *of all civil actions* <u>arising under</u> the constitution, *laws,* or treaties of the United States".

2. **TITLE "28" U.S.C. § 1332, – THE DIVERSITY QUESTION**
   The district courts shall have original jurisdiction of all civil actions where *the matter in controversy exceeds* the sum or value of $50,000, exclusive of interest and costs, and is between, (1) *citizens of different states*; (2) citizens of a state and citizens or subjects of a foreign state; (3) *citizens of different states* and in which citizens or subjects of a foreign state are additional parties; and (4) a foreign state, defined in section 1603(a) of this title, *as plaintiff and citizens of a state or of different states.*

~ 1 ~

## II.    JURISDICTION – SECTION TWO

1. **TITLE "15" U.S.C. § 2061, – IMMINENT HAZARDS**
   **_(B) RELIEF; PRODUCT CONDEMNATION AND SEIZURE_**
   (1) _The district court in which such action is filed shall have jurisdiction_ to declare **such product** an **imminently hazardous consumer product**, and (in the case of an action under subsection (A)(2) of this section) to grant (as ancillary to such declaration or in lieu thereof) such **temporary** or **permanent relief** as may be **necessary to protect the public** from such **risk**. Such relief may include a mandatory order requiring the notification of such risk to purchasers of such product known to the defendant, public notice, the recall, the repair or the replacement of, or refund for, such product.
   (2) In the case of an action under subsection (A)(1) of this section, _the consumer product may be proceeded against by process_ of libel for the seizure and condemnation of such product _in any United States district court within the jurisdiction of which such consumer product is found._ Proceedings and cases instituted under the authority of the preceding sentence shall conform as nearly as possible to proceedings in rem in admiralty.

   **_(D) JURISDICTION AND VENUE; PROCESS; SUBPOENA_**
   (1) An action under subsection (A)(2) of this section may be brought in the United States district court for the District of Columbia or in _any judicial district in which any of the defendants is found, is an inhabitant or transacts business_; and process in such an action may be served on a defendant in any other district in which such defendant resides or may be found. Subpoenas requiring attendance of witnesses in such an action may run into any other district. **In determining the judicial district in which an action may be brought under** this section in instances in which such **action may be brought in more than one judicial district**, the Commission shall take into account the convenience of the parties.
   (2) _Whenever proceedings under this section involving substantially similar consumer products are pending in courts in two or more judicial districts, they shall be consolidated for trial by order of any such court upon application reasonably made by any party in interest, upon notice to all other parties in interest._

2. **TITLE "15" U.S.C. § 2064, – SUBSTANTIAL PRODUCT HAZARDS**
   **_(A) "SUBSTANTIAL PRODUCT HAZARD" DEFINED_**
   (2) a product defect which (because of the pattern of defect, the number of defective products distributed in commerce, the severity of the risk, or otherwise) creates a substantial risk of injury to the public.
   (B) Noncompliance with applicable consumer product safety rules; product defects; notice to Commission by manufacturer, distributor, or retailer (3) contains a defect which could create a substantial product hazard described in subsection (A)(2); or (4) creates an unreasonable risk of serious injury or death

~ 2 ~

## III.    JURISDICTION – SECTION THREE

1.    **TITLE "15" U.S.C. § 25, – RESTRAINING VIOLATIONS: PROCEDURE**
*The several district courts of the United States* are invested with *jurisdiction to prevent and restrain violations* of this Act, and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain such violations. Such proceedings may be by way of petition setting forth the case and praying that such violation shall be enjoined or otherwise prohibited. When the parties complained of shall have been duly notified of such petition, the court shall proceed, as soon as may be, to the hearing and determination of the case; and pending such petition, and before final decree, the court may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises. ***Whenever it shall appear to the court before which any such proceeding may be pending that the ends of justice require that other parties should be brought before the court, the court may cause them to be summoned whether they reside in the district in which the court is held or not, and subpoenas to that end may be served in any district by the marshal thereof.***

2.    **TITLE "15" U.S.C. § 22, – DISTRICT IN WHICH TO SUE CORPORATION**
***Any suit,*** action, or proceeding under the antitrust laws against a corporation ***may be brought not only*** in the judicial district whereof it is an inhabitant, but also ***in any district*** wherein it may be found or ***transacts business***; and all process in such cases may be served ***in the district*** of which it is an inhabitant, or ***wherever it may be found.***

3.    **TITLE "15" U.S.C. § 4, – JURISDICTION OF COURTS; DUTY OF UNITED STATES ATTORNEYS**
*The several district courts of the United States are invested with jurisdiction to prevent and restrain violations* of sections 1 to 7 of this title; and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity *to prevent and restrain such violations.*

4.    **TITLE "15" U.S.C. § 27, – EFFECT OF PARTIAL INVALIDITY**
If any clause, sentence, paragraph, or part of this Act shall, for any reason, be adjudged by any court of competent jurisdiction to be in-valid, such judgment shall not affect, impair, or invalidate the remainder thereof, but shall be confined in its operation to the clause, sentence, paragraph, or part thereof directly involved in the controversy in which such judgment shall have been rendered.

5.    **TITLE "15" U.S.C. § 24, – LIABILITY OF DIRECTORS AND AGENTS OF CORPORATION**
Whenever a corporation shall violate any of the penal provisions of the antitrust laws, such violation shall be deemed to be also that of the individual directors, officers, or agents of such corporation who shall have authorized, ordered, or done any of the acts constituting in whole or in part such violation, and such violation shall be deemed a misdemeanor, and upon conviction therefor of any such director, officer, or agent he shall be punished by a fine of not exceeding $5,000 or by imprisonment for not exceeding one year, or by both, in the discretion of the court.

~ 3 ~

## IV.    JURISDICTION – SECTION FOUR

1. **TITLE "15" U.S.C. § 5, – BRINGING IN ADDITIONAL PARTIES**
*Whenever it shall appear to the court before which any proceeding* under section 4 of this title may be pending, that *the ends of justice require that other parties should be brought* before the court, *the court may cause them to be summoned, whether they reside in the district in which the court is held or not; and subpoenas to that end may be served in any district* by the marshal thereof.

2. **TITLE "15" U.S.C. § 15D, – MEASUREMENT OF DAMAGES**
In any action under section 15c(a)(1) of this title, in which there has been a determination that a defendant agreed to fix prices in violation of sections 1 to 7 of this title, damages may be proved and assessed in the aggregate by statistical or sampling methods, by the computation of illegal overcharges, or by such other reasonable system of estimating aggregate damages as the court in its discretion may permit without the necessity of separately proving the individual claim of, or amount of damage to, persons on whose behalf the suit was brought.

3. **TITLE "15" U.S. C. § 45B, – CONSUMER REVIEW PROTECTION**
(a) (2)Covered communication The term "covered communication" means a written, oral, or pictorial review, performance assessment of, or other similar analysis of, including by electronic means, the goods, services, or conduct of a person by an individual who is party to a form contract with respect to which such person is also a party. *(e)Enforcement by States (5)Venue; service of process (A)Venue Any action brought under paragraph (1) may be brought in— (i)the district court of the United States that meets applicable requirements relating to venue under section 1391 of title 28; or (ii)another court of competent jurisdiction.*

4. **TITLE "15" U.S.C. § 15, – SUITS BY PERSONS INJURED**
(a)Amount of recovery; prejudgment interest Except as provided in subsection (b), *any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefor in any district court of the United States in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy*, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee. The court may award under this section, pursuant to a motion by such person promptly made, simple interest on actual damages for the period beginning on the date of service of such person's pleading setting forth a claim under the antitrust laws and ending on the date of judgment, or for any shorter period therein, if the court finds that the award of such interest for such period is just in the circumstances. In determining whether an award of interest under this section for any period is just in the circumstances, the court shall consider only—

5. **TITLE "15" U.S.C. § 26, – INJUNCTIVE RELIEF FOR PRIVATE PARTIES; EXCEPTION; COSTS**
*Any person, firm, corporation, or association shall be entitled to sue* for and have injunctive relief, *in any court of the United States having jurisdiction over the parties, against threatened loss or damage by a violation of the antitrust laws*, including sections 13, 14, 18, and 19 of this title, when

~ 4 ~

and under the same conditions and principles as injunctive relief against threatened conduct that will cause loss or damage is granted by courts of equity, under the rules governing such proceedings, and upon the execution of proper bond against damages for an injunction improvidently granted and a showing that the danger of irreparable loss or damage is immediate, a preliminary injunction may issue.

## V.    JURISDICTION – SECTION FIVE

1.    **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2073, – ADDITIONAL ENFORCEMENT OF PRODUCT SAFETY RULES AND SECTION 2064 ORDERS**
(a)In general
***Any interested person*** (including ***any individual*** or nonprofit, business, or ***other entity***) **may bring an action** in **any United States district court** for the district in which the defendant is found or transacts business to enforce a consumer product safety rule or an order under section 2064 of this title, and to obtain appropriate injunctive relief.

2.    **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2072, – SUITS FOR DAMAGES**
(a)Persons injured; costs; amount in controversy
Any person who shall sustain injury by reason of any knowing (including willful) violation of a consumer product safety rule, or any other rule or order issued by the Commission **may sue any person who knowingly (including willfully) violated any such rule or order in any district court of the United States in the district in which the defendant resides or is found or has an agent**,[…]

3.    **TITLE "15" U.S. C. CHAPTER 47 – CONSUMER PRODUCT SAFETY ACT § 2071, – INJUNCTIVE ENFORCEMENT AND SEIZURE**
(a)Jurisdiction
**The United States district courts shall have jurisdiction** to take the following action:
(1)**Restrain any violation** of section 2068 of this title.
(2)**Restrain any person from manufacturing for sale, offering for sale, distributing in commerce, or importing into the United States a product in violation**[…]
(3)**Restrain any person from distributing in commerce a product which does not comply with a consumer product safety rule.**
**Such actions may be brought** [--------] **in any United States district court** for a district wherein any act, omission, or transaction constituting the violation occurred, **or in such court for the district wherein the defendant is found or transacts business.** ***In any action under this section process may be served on a defendant in any other district in which the defendant resides or may be found.***

~ 5 ~

4. **TITLE "29" U.S.C. CHAPTER 20 SUBCHAPTER V PART A § 1856 – WAIVER OF RIGHTS**

*Agreements by employees purporting to waive or to modify their rights under this chapter shall be void as contrary to public policy, except that a waiver or modification of rights in favor of the Secretary shall be valid for purposes of enforcement of this chapter.*

5. **TITLE "15" U.S.C. CHAPTER 62 § 3614 – WAIVER OF RIGHTS AS VOID**

*Any condition, stipulation, or provision binding any person to waive compliance with any provisions of this chapter shall be void.*

6. **TITLE "15" U.S.C. CHAPTER 41 SUBCHAPTER VI § 1693l – WAIVER OF RIGHTS**

*No writing or other agreement between a consumer and any other person may contain any provision which constitutes a waiver of any right conferred or cause of action created by this subchapter. Nothing in this section prohibits, however, any writing or other agreement which grants to a consumer a more extensive right or remedy or greater protection than contained in this subchapter or a waiver given in settlement of a dispute or action*

## VI.    FACTS & ALLEGATIONS

1. The lawsuit is being attempted to be filed on behalf of Henry Russo, who now addresses themselves as Sage Canniblisshum of the Salem, Oregon area, with a physical address of 3225 Kinsrow Avenue, H81, Eugene, Oregon 97401 and whereas the defendant company is stationed potentially somewhere in Texas, but could certainly be using the area code as a representation, legitimacy purposes thing. The company doesn't think that it will be sued, or can be sued because it hasn't supplied a physical address of itself on the internet. The other defendant, the United States Patent and Trademark Office, doesn't think that it can be sued because it has created for itself, a convolution of business processes, where no one, is going to understand, think, or believe that anything nefarious can be occurring, because they are trapped in, or presented with, what looks to be an established and reputable business process.

2. The case is being brought to the court's attention, by the drafter of this lawsuit, because the American Bar Association is allowing, eternal rampant criminal violations of law, where no plain U.S. person can receive representation, and cannot put forward a case. No one calls them back. There is a secret blacklist function that performs payouts, through World Pay and other organizations, that pay attorneys and lawyers and all of their employees to not perform lawsuits, not perform work, not perform any assorted function that is credible. Many customers that I have spoken to, tell me plainly, that someone was nice to them initially, ghosted them, and then, at some point, was mean to them, to get them, never to call back to the law firm. Lawyers run off with your money.

3. I have brought forth, several, represented multiple cases, where individuals have paid for law and legal services, and the fucker runs off with the money AND THEN, THE MOTHERFUCKER DOESN'T WANT TO PAY ME, to sue them. This is where the market is. Customers are illegitimate and hostile. They make things up. Additionally, people in business are making things up. They don't do anything that they are supposed to do in corporate environments and small business folk, scam you just as easily. They just don't do the right thing. They make you pay for a product and service that you need, which is a duress function and duress, condition of life, and then, don't warranty the product or service, which is violation of law, law that is affixed to the bottom of this lawsuit.

4. It is beyond the scope of federal law, to not solve and not mend a customer grievance. Businesses and anyone that performs a financial transaction or transaction and exchange of worth consideration or of any value, must adhere to federal law guidelines, statutes of standards that demand, good faith performance is congruent in existence in the contract and orchestration of the contract, especially in the demand to and demand of adherence to illegal contract instantiations.

5. Currently, today, the whole world functions in illegal contract, unconscionable contract standards. No one creates a viable good faith document with good principles of human consideration. They create illegal contracts, multiple violations of law that honor, hold, and respect criminality. They will make you sign a document or they will not perform service with you, which harms your life.

6. An issue today, currently that the country is facing is the inability for any U.S. American consumer to resolve a conflict. There are useless, organizations that include the bank and credit card company fraud and investigation departments, that have no investigation ability. This is an act of fraud. They have zero authority nor auspices to perform investigations in a law enforcement, police department way. However,

~ 7 ~

this is the state of affairs for the country. The payment processors perform in the same manner while adjudicating cause and action. They take money from a business, typically someone who is not affiliated with their ilk of criminal operators will receive no justice. A defendant might be wondering, "why is this lawsuit filed, why is this lawsuit filed in federal court".

7. The lawsuit is a request of judicial legal action to perform itself to enact justice. There are fraudulent operators all over the place. There is some infestation of actors that are acquiescing and complicit in these services, as well as, hackers from nation state governments. These individuals, using space technology, alien technology have changed the evidence in this case. There was acknowledgement from staff members of the government department office for this case, that acknowledged that trademark pioneer was on their fraud list of businesses and they referenced several articles in an email that I received from the victim of this case.

8. The stored document that I held as evidence has been changed. I am sure that the MD5 and SHA256 hashes do not line up. This means that the office of the government department and the trademark pioneer company are in collusion with nation state terrorists, nation state actors and have performed violations of The Computer Fraud & Abuse Act. The charges include terrorism and violation of The U.S. Patriot Act I & II and The Military Commissions Act.

9. The victim has no way to attain normal legal services and thus the drafter and creator of this lawsuit is seeking motion and permission and privilege from the court to proceed under the filing designation, commensurate to all normal civil and municipality challenges that occur with filing status. This is being filed under direction of USSOCOM, a CIA affiliate and CIA control center, and FBI, through known diplomacy relations with The United Nations Security Council, The United Nations, and GCHQ including Pakistani intelligence.

10. The document that is being submitted to the court as evidence, used to contain words and syntax referencing a question and a allegation to the victim, in the way of, "don't you know that we at the USPTO office already have Trademark Pioneer listed as a fraud operation, and they are likely to commit fraud against you, here are these articles and you can click on the links to read about them on these blogs where there are at least a couple of news stories where they have been detailed as fraud and we have them on a watchlist".

11. The email document print out, that is submitted to the court, has been changed. They are changing records with space technology, alien technology, where, I have personally seen, for example NA Bancard and ChargeBacks911, over night, have completely changed websites, where the whole damn website is changed with backdated blogs, that look totally legitimate with reference to previous events that have occurred in reality.

12. Criminal actors are having help and assistance, all throughout the supply pipeline of goods and services. When they are attacking someone, any thing can occur, where such as, for example, someone that doesn't like you, keeps being arranged to check you out as a cashier at a grocery store, some sort of document related review process for a business doesn't go in your favor or someone challenges you on the evidence, at least one more time, or closes your case. Someone says something rude to you through someone else.

~ 8 ~

13. These are sting operations by the United Nations, where they are reviewing human behavior on behest and behalf of Korea government, where they are monitoring humans, and attempting to understand, what they notice, what they will report, what they will think is strange and worth investigation. In business and in personal life, this is where things break down for humans. Millennials, those who are born after 1990 and not before, do not understand these things. They are blind to them.

14. The company of the government office, is accused of colluding with multiple actors, as well as instantiating a broken and convoluted business process that encourages and enables fraud. It has a system of noneducated, illiterate, halfwit girls and monkeys that run and operate the system, much like how companies are run and managed today and how the banks run and operate their customer service, and how people can't get anything done to improve the condition and state of things, when someone screws them over.

15. The government department office, has a completely made up set of obligations for its customers, where, the only thing that will certainly happen with these long timelines, is that someone is going to pretend that they have done something, and then, not do it, charge someone a bunch of money, and disappear of them, and keep doing the same thing over and over, and for some people they do the work and for others, they don't serve them at all.

16. The trademark private corporation does not list a physical address on its website through the intent and formation of thought and psychology to never receive a lawsuit, and it does not want criminal operators attempting to reach them in retaliation to some affair of violations of law that they have caused.

17. The USPTO defendant as a department within the government that operates like a really bad workers compensation company, or bad insurance claims company, has designed a fraudulent and fake investigation process, where, all that they can do is call the company on your behalf or individual that you paid to perform the patent and trademark filing for, and ask them, to file the paperwork, or create a division within their company to do the work themselves and they will not do it.

18. They have been challenged in the past before, and they run into the issue of competency and legitimacy of functional mind and legal capacity, all of the issues of psychology, They will not attempt to hire anyone, to come in there, and simply work the process. The process was created in such a way to justify many operating bodies on a government contract, or government authorization of work authorized through Congress and bills and federal laws, so that, they can all seem as though they are working.

19. There are multiple departments within the USPTO and they all pretend to work. They review the requirements and they keep holding you to the requirements. This is not initially fraud, but it creates a situation where someone might allege that you have not fulfilled a requirement and you have or you intended to, or someone is blatantly lying, but they are confusing you with language and syntax because they seem to be an authority on the issue.

20. This is where the government offices are and where the banks are with their fraud investigations. They don't know, what to do, to make a criminal guilty individual or criminal guilty business held accountable for any crime or any maliciousness, but because they need to justify their work hours and they need to appear competent, they flip their perspective and pretend that the submitting individual, who is often trying to do the right thing in accomplishing justice for themselves and for their cause,

needs to keep completing the requirements.

21. There is an inordinate time delay professed by the office, where it establishes a really long, multi year window of waiting for anyone that is attempting to get a trademark or patent or copyright or intellectual property protection performed. It is a really long window and you cannot understand what it must be like for a customer looking at this.

22. They are going to think, that it's legitimate. They are going to think that it's a legitimate business process. It completely looks that way from the website. However, they completely know that this scam is performed through their business. They completely know that operators, pretend to perform these patent and trademark filings and updates and document things in their system and get money from the customer, while their office is paid lots of money or their office is never paid. The lawsuit is a request to The Federal Bureau of Investigations and The Central Intelligence Agency through the United States District Court System to perform an investigation of the United States Patent and Trademark Office and the defendant private sector company that has no physical address which is a direct attempt to evade and elude law enforcement and judicial procedure activities.

## VII.    CLAIMS

1. **TITLE "42" CIVIL RIGHTS ACT**
   **TITLE "42" U.S.C. CHAPTER 21 SUBCHAPTER I §§ 1981 - 1995**
   *(a)Statement of equal rights*
   *All persons within the jurisdiction of the United States shall have the same right in every State and Territory to **make and enforce contracts**, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.*
   *(b)"**Make and enforce contracts**" defined*
   *For purposes of this section, the term "**make and enforce contracts**" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.*
   *(c)**Protection against impairment***
   *The **rights** protected by this section **are protected against** impairment by nongovernmental discrimination and impairment under **color of State law**.*

   The victim is attempting to establish a business and private business practice through performing legal obligations, and working diligently through the system of normal business registrations to establish credence and value for its customers. This inherently and innately involves the orchestration of contracts and the performance of contracts. The inability to act and operate as a legitimate business, when one has the means and intent to do so is being violated by the actions of the private sector company and by the convoluted business processes that amount to nothing and amount to no action by the United States Patent and Trademark Office.

2. **TITLE "42" CIVIL RIGHTS ACT**
   **TITLE "42" U.S.C. CHAPTER 21 SUBCHAPTER I § 1982 – PROPERTY RIGHTS OF CITIZENS**
   ***All citizens** of the United States **shall have the** same **right**, in every State and Territory, as is enjoyed by white citizens thereof **to** inherit, purchase, lease, sell, **hold**, and convey real and personal **property**.*

   The victim was overcharged in a deliberate scam, which is violation of criminal law and The Federal Trade Commission Act while not performing service and the government office defendant is operating in complicity, collusion, and performing cover up actions in conspiracy intentions.

3. **TITLE "42" CIVIL RIGHTS ACT**
   **TITLE "42" U.S.C. CHAPTER 21 SUBCHAPTER I § 1986 - ACTION FOR NEGLECT TO PREVENT**
   ***Every person who, having knowledge that any of the wrongs conspired to be done**, and mentioned in section 1985 of this title, are about to be committed, and **having power to prevent or aid in preventing** the commission of the same, **neglects or refuses so to do**, if such wrongful act be committed, shall be*

~ 11 ~

*liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; **and if the death of any party be caused by any such wrongful act and neglect**.*

The victim was overcharged in a deliberate scam, which is violation of criminal law and The Federal Trade Commission Act while not performing service and the government office defendant is operating in complicity, collusion, and performing cover up actions in conspiracy intentions.

4. **TITLE "42" CIVIL RIGHTS ACT**
**TITLE "42" U.S.C. § 1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS**
The victim was overcharged in a deliberate scam, which is violation of criminal law and The Federal Trade Commission Act while not performing service and the government office defendant is operating in complicity, collusion, and performing cover up actions in conspiracy intentions.

5. **THE FEDERAL TRADE COMMISSION ACT**
**TITLE "15" U.S.C. § 45, – UNFAIR METHODS OF COMPETITION UNLAWFUL**
*(a)Declaration of unlawfulness; power to prohibit unfair practices*
*(1)Unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful.*

The victim was overcharged in a deliberate scam, which is violation of criminal law and The Federal Trade Commission Act while not performing service and the government office defendant is operating in complicity, collusion, and performing cover up actions in conspiracy intentions.

6. **TITLE "15" U.S.C. CHAPTER 50 – CONSUMER PRODUCT WARRANTIES §§ 2301 – 2312**
**TITLE "15" U.S.C. CHAPTER 50 - § 2304, – FEDERAL MINIMUM STANDARDS FOR WARRANTIES**
*(a)Remedies under written warranty; duration of implied warranty; exclusion or limitation on consequential damages for breach of written or implied warranty; election of refund or replacement In order for a warrantor warranting a consumer product by means of a written warranty to meet the Federal minimum standards for warranty—*
*(1)such warrantor must as a minimum remedy such consumer product **within a reasonable time** and without charge, **in the case of a defect, malfunction, or failure to conform** with such written warranty;*
*(2)notwithstanding section 2308(b) of this title, such warrantor **may not impose any limitation on the duration of any implied warranty** on the product;*
*(3)such warrantor **may not exclude or limit consequential damages for breach** of any written or **implied warranty** on such product, unless such exclusion or limitation conspicuously appears on the face of the warranty; and*
*(4)if the product (or a component part thereof) **contains a defect or malfunction** after a reasonable number of attempts by the **warrantor to remedy defects** or malfunctions in such product, such warrantor must permit the consumer to elect either **a refund for, or replacement without charge** of, such product or part (as the case may be). --*

~ 12 ~

The victim was overcharged in a deliberate scam, which is violation of criminal law and The Federal Trade Commission Act while not performing service and the government office defendant is operating in complicity, collusion, and performing cover up actions in conspiracy intentions.

7. **TITLE "15" U.S.C. CHAPTER 47 – CONSUMER PRODUCT SAFETY §§ 2051 – 2090 TITLE "15" U.S.C. CHAPTER 47 - § 2051, – CONGRESSIONAL FINDINGS AND DECLARATION OF PURPOSE**

*(a)(1)an unacceptable number of consumer products which present unreasonable risks of injury are distributed in commerce;*

*(a)(2)complexities of consumer products and the diverse nature and abilities of consumers using them frequently result in an inability of users to anticipate risks and to safeguard themselves adequately;*

*(a)(3)the public should be protected against unreasonable risks of injury associated with consumer products;*

*(a)(4)control by State and local governments of unreasonable risks of injury associated with consumer products is inadequate and may be burdensome to manufacturers;*

The victim was overcharged in a deliberate scam, which is violation of criminal law and The Federal Trade Commission Act while not performing service and the government office defendant is operating in complicity, collusion, and performing cover up actions in conspiracy intentions.

## 8. **TITLE "15" U.S.C. § 50, - OFFENSES AND PENALTIES**

*Any person who shall neglect or refuse to attend and testify, or to answer any lawful inquiry or to produce any documentary evidence, if in his power to do so, in obedience to an order of a district court of the United States directing compliance with the subpoena or lawful requirement of the Commission, shall be guilty of an offense and upon conviction thereof by a court of competent jurisdiction shall be punished by a fine of not less than $1,000 nor more than $5,000, or by imprisonment for not more than one year, or by both such fine and imprisonment.*

*Any person who shall willfully make, or cause to be made, any false entry or statement of fact in any report required to be made under this subchapter, or who shall willfully make, or cause to be made, any false entry in any account, record, or memorandum kept by any person, partnership, or corporation subject to this subchapter, or who shall willfully neglect or fail to make, or to cause to be made, full, true, and correct entries in such accounts, records, or memoranda of all facts and transactions appertaining to the business of such person, partnership, or corporation, or who shall willfully remove out of the jurisdiction of the United States, or willfully mutilate, alter, or by any other means falsify any documentary evidence of such person, partnership, or corporation, or who shall willfully refuse to submit to the Commission or to any of its authorized agents, for the purpose of inspection and taking copies, any documentary evidence of such person, partnership, or corporation in his possession or within his control, shall be deemed guilty of an offense against the United States, and shall be subject, upon conviction in any court of the United States of competent jurisdiction, to a fine of not less than $1,000 nor more than $5,000, or to imprisonment for a term of not more than three years, or to both such fine and imprisonment.*

## VIII. PARTIES

1. Terrance Turner is an affiliate of USSOCOM and The Federal Bureau of Investigations. Federal Bar Appointee, INTERPOL SEC 431170989. Terrance Turner is charged with filing lawsuits during the natural course of business and life restitution activities beyond personal whim, beyond personal will, is the subject of monitoring per CIA AND USSOCOM directive and military intelligence clearance clandestine programs.

4/23/24, 8:15 PM                    Service Zero Professional Services Mail - Fwd: I believe they are scamming me and not filing everything I paid for

 **Gmail**                                      Legal Consulting Federal District Cases <legal@servicezeroprofessionalservices.com>

---

## Fwd: I believe they are scamming me and not filing everything I paid for

Sage <sagesamoreorganics@gmail.com>                                                          Tue, Apr 23, 2024 at 7:46 PM
To: Legal Consulting Federal District Cases <legal@servicezeroprofessionalservices.com>

------- Forwarded message -------
From: Sage <sagesamoreorganics@gmail.com>
Date: Tue, Apr 23, 2024 at 11:03 AM
Subject: Fwd: I believe they are scamming me and not filing everything I paid for
To: Legal Consulting Federal District Cases <legal@servicezeroprofessionalservices.com>

I believe this is in connection to westown on 8th and their harassment

------- Forwarded message -------
From: TMScams <TMScams@uspto.gov>
Date: Mon, Apr 22, 2024 at 1:00 PM
Subject: RE: I believe they are scamming me and not filing everything I paid for
To: Sage <sagesamoreorganics@gmail.com>
CC: TMScams <TMScams@uspto.gov>

Good afternoon,

Thank you for the additional information. **Regarding the document attached to your earlier email, we note some inconsistencies with our usual process.** Usually, all documents related to a trademark application appear in TSDR; however, no letter of protest appears to have been acknowledged in the record of your application. The document is addressed to the Trademark Trial and Appeal Board, where a Notice of Opposition can be filed. However, a Notice of Opposition cannot be filed until a trademark is published for opposition, and the mark you have applied for has not been published for opposition. We note that Trademark Pioneer previously has provided forged documents to others, and we kindly encourage you to stop engaging with them.

**With respect to your personal address, you can hide your street address going forward by completing the Change of Address or Representation (CAR) form.** At the Owner Information page, use this form to move the street address from the Mailing Address fields into the Domicile Address fields and then use a P.O. Box or other address for the mailing address. U.S. law requires the owner to provide its domicile address for the record, but we can mask (hide) the data in the domicile address fields so that it is not publicly viewable.

**If you need to remove information from individual documents, a Petition to the Director is required.** A petition to the Director requesting redaction requires:

1. Petition to Director Fee;
2. Statement of facts in support of your request to redact the public record for your trademark application or registration, including an explanation about the extraordinary situation that justifies redaction of the public record, for example, a threat to your public safety;
3. A copy of the document showing the sensitive information redacted (i.e., blacked out). This can be accomplished by selecting the sensitive text and highlighting it in the color black. Please ensure that the sensitive information is not visible anywhere in the petition, as the petition document will be viewable by the public.
4. Specific instructions on the precise information you wish to redact, using general terms. For example, "the specimen of use dated 12/2/2020."

The petition to the Director is publicly viewable. **Do not repeat the information you want redacted in your petition.**

For further information about petitions to the Director, please review Trademark Manual of Examining Procedure (TMEP) Section 1700 or telephone the Trademark Assistance Center at 1-800-786-9199 (press 1).

Kind regards,

RPO Support Work Division

*Register Protection Office*

*Office of the Deputy Commissioner for Trademark Examination Policy*

*United States Patent and Trademark Office*

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

---

From: Sage <sagesamoreorganics@gmail.com>
Sent: Friday, April 19, 2024 2:42 PM
To: TMScams <TMScams@uspto.gov>
Subject: Re: I believe they are scamming me and not filing everything I paid for

| CAUTION: This email has originated from a source outside of USPTO. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments. |

Namaste USPTO

4/23/24, 8:15 PM                    Service Zero Professional Services Mail - Fwd: I believe they are scamming me and not filing everything I paid for

It was sent to me directly from

sent by Trademark Pioneer representative Eddie.


I appreciate your help in this matter


My mailing address is still the Address Confidentiality address on file


But my physical address is



3225 Kinsrow Ave


H81


Eugene, OR 97401

I ask that this address being my home and not where I see clients in person that is at their homes at this time and virtually, I ask that my personal physical address inline with the Address Confidentiality Program remain Confidential and not posted online of possible.


Thank you


Namaste,

Sage EndoOM 🖼 CannaBlissHUM

Sages Amoré Organics LLC

Sagesamoreorganics@icloud.com

458-273-6861




On Fri, Apr 19, 2024 at 10:46 AM TMScams <TMScams@uspto.gov> wrote:

Good afternoon,


Thank you for reaching out. The application with serial number 98123223 has been filed, and at this time, we're conducting an administrative review of the circumstances surrounding the filing of the initial application or other submissions in the record. **We need additional information in order to respond to your inquiry. Would you please tell us how the document attached to your initial email was delivered to you? Specifically, was it sent by Trademark Pioneer, or by another party?**

Typically, we conduct these types of reviews when we suspect rule violations. While we conduct our review, your application will not be examined.

We understand that you are concerned about the status of your application. We're unable to provide any specific timeline.


We'll determine if there's evidence of suspected rule violations. If we don't find evidence, your application will return to normal processing. If we find evidence, your application will not be examined while
we determine any next steps, including whether a show cause order must issue.


**What you can do while you wait**


- Monitor the status of your application for any updates in the Trademark Status and Document Retrieval (TSDR) system by entering your serial number and selecting "Status."


- Consider hiring a U.S.-licensed attorney with experience in trademark matters.

We appreciate your patience as we work diligently toward a determination. If your application returns to normal processing, any deadlines associated will be reset.

**If you paid the scammer**

- **Contact your bank or credit card company.** As soon as possible, contact your financial institution to determine if you can dispute the charges. The USPTO can't help you get your money back.

- **Make a report to a law enforcement agency.**
File a complaint with the Federal Bureau
of Investigation (FBI) Internet Crime Complaint Center and report fraud
to the Federal Trade Commission.

- **Review our additional resources.** Visit the USPTO's website for other actions you can take if you've been scammed.

**Tips for avoiding scams**

- **Ask who is soliciting you.** Companies without U.S.-licensed attorneys can't practice before the USPTO. Only trademark owners or their U.S.-licensed attorneys
can file documents in applications, registrations, or proceedings before the USPTO.

- **Know what the solicitation asks for.** We'll never ask you for your social security number or credit card number over the phone or by email, and we don't require payment via check or money order to
third-party addresses.

- **See where the communication comes from.** All official correspondence about a trademark application or registration will be from the "United States Patent and Trademark Office" in Alexandria, Virginia,
and only from emails with the domain "uspto.gov."

- **Confirm official communications.** Check the
Trademark Status and Document Retrieval (TSDR) system
to see official communications we've sent you about your trademark submission. You can view the documents we've sent by entering your application or registration number in TSDR and selecting the "Documents" tab.

- **Find when the deadlines are.** Check
TSDR to see your application deadlines.
For registration maintenance documents, you can go to the "Maintenance" tab in TSDR to see what post-registration maintenance deadline is coming next. We also include specifics about when maintenance filings are due on our
maintaining your federal registration
webpage.

- **Check your renewal date information.** Often, misleading notices have fake renewal dates for your registration. Check
TSDR to see the dates your post-registration
submissions are due and if we've sent you any official communications about maintaining your registration. In TSDR, enter your registration number and select "Status." Then, select the "Maintenance" tab.

For more information on scams, visit
Protect
against trademark scams on our website. And if you receive other solicitations or communications that you're concerned about, please share them by forwarding them to this mailbox.

Kind regards,

RPO Support Work Division

*Register Protection Office*

*Office of the Deputy Commissioner for Trademark Examination Policy*

*United States Patent and Trademark Office*

4/23/24, 8:15 PM                     Service Zero Professional Services Mail - Fwd: I believe they are scamming me and not filing everything I paid for

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

---

**From:** Sage <sagesamoreorganics@gmail.com>
**Sent:** Thursday, April 18, 2024 11:19 PM
**To:** TMScams <TMScams@uspto.gov>
**Subject:** I believe they are scamming me and not filing everything I paid for

> CAUTION: This email has originated from a source outside of USPTO. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

USPTO to whomever helps with potential Scams

I am not seeing online any of the additional marks or my trademark logo and slogan I had paid over 10k to Trademark Pioneer in just the last 6months and I see no proof of their work.

Please look into this and get back to me asap

I also need to update my physical address yet keep the Address Confidentiality Program Address posted online for safety reasons.

Namaste

Sage EndoOM 🕉 CannaBlissHUM

Sages Amoré Organics LLC

Sagesamoreorganics@icloud.com

458-273-6861





**TRADEMARK PIONEER**

# INVOICE

#VAS-PR-1360
Merchant Name: go-animations

Invoice To.
**Sage Cannablisshum**
sagesamoreorganics@gmail.com

Invoice Date: **Jan 25, 2024**

| S. N | Date | Particulate | Amount |
|------|------|-------------|--------|
| 1 | 22 Jan 2024 | Professional Logo Design - (Paid) | $984 |
| 2 | 24 Jan 2024 | Documentation Fee — (Paid) | $1000 |
| | | **Total:** | **$1984.00** |

258 Elizabeth Ave St, Brooklyn, CA, 50025 | 1 (755) 304-8570 | www.trademarkpioneer.com

4/23/24, 8:15 PM                    Service Zero Professional Services Mail - Fwd: I believe they are scamming me and not filing everything I paid for

**TFW 5G**                    **3:47 PM**                    **69%**
🔒 paypal.com

Invoice Number

0022

Invoice Date                        Due Date

Jan 26, 2024                        Jan 26, 2024

Complete Business Branding Package        **$4,080.00**

1 x $4,080.00

Subtotal                                        $4,080.00

**Total**                                    **$4,080.00**

**Bill to**

Sagendoom Cannablisshum
sagesamoreorganics@gmail.com
Phone: +1 458-273-6861

☐  Remove QR code in PDF

⬇ DOWNLOAD PDF

**PayPal Privacy**

4/23/24, 8:15 PM     Service Zero Professional Services Mail - Fwd: I believe they are scamming me and not filing everything I paid for



4/23/24, 8:15 PM                    Service Zero Professional Services Mail - Fwd: I believe they are scamming me and not filing everything I paid for

.ıl TFW 5G                    5:14 PM

✕     VAS-PR-1360.pdf



**TRADEMARK PIONEER**

**INVOICE**

#VAS-PR-1360
Merchant Name: go-animations

Invoice To.                    Invoice Date: **Jan 19, 2024**
**Sage Cannablisshum**
sagesamoreorganics@gmail.com

| S. N | Date | Particulate | Amount |
|---|---|---|---|
| 1. | 19 Jan 2024 | Logo Trademark - (Paid) | $2000 |
| | | **Total:** | **$2000.00** |

---------- Forwarded message ----------

From: <eddie.schneider@trademarkpioneer.com>
Date: Fri, Jan 26, 2024 at 11:04 AM
Subject: RE: Fw: RE: Invoice
To: Sage <sagesamoreorganics@gmail.com>

---

**From:** Sage <sagesamoreorganics@gmail.com>
**Sent:** Thursday, January 25, 2024 2:08 AM
**To:** eddie.schneider@trademarkpioneer.com
**Subject:** Re: Fw: RE: Invoice

When you can I need receipts for working on my books and taxes

https://mail.google.com/mail/u/4/?ik=f78eee03f9&view=pt&search=all&permmsgid=msg-f:1797171197257265959&simpl=msg-f:1797171197257265959     8/9

4/23/24, 8:15 PM                    Service Zero Professional Services Mail - Fwd: I believe they are scamming me and not filing everything I paid for

On Wed, Jan 24, 2024 at 4:14 PM <eddie.schneider@trademarkpioneer.com> wrote:

Let me know what you think?

---

**From:** Sage <sagesamoreorganics@gmail.com>
**Sent:** Wednesday, January 24, 2024 1:53 AM
**To:** eddie.schneider@trademarkpioneer.com
**Subject:** Re: Fw: RE: Invoice

so please look this over and get back to me i had texted and emailed for a copy of the notice to ensure I addressed everything...

On Mon, Jan 22, 2024 at 9:12 AM <eddie.schneider@trademarkpioneer.com> wrote:

PFA. Call me once you review it.

---

**From:** Sage <sagesamoreorganics@gmail.com>
**Sent:** Friday, January 19, 2024 2:20 PM
**To:** eddie.schneider@trademarkpioneer.com
**Subject:** Re: Invoice

Thank you, here is my Logo

On Fri, Jan 19, 2024 at 5:11 PM <eddie.schneider@trademarkpioneer.com> wrote:

I am attaching the invoice. Kindly acknowledge receipt and promptly send the logo file in response. Ensure that the logo file is in high-definition (HD) format for trademark purposes to avoid pixelation. Thank you.

Best Regards

**Eddie Schneider**

Trademark Consultant



*O* (956) 304-3570 |*E* eddie.schneider@trademarkpioneer.com |*D* (619) 842-0992

"Genius is one percent inspiration and 99 percent perspiration"

*Thomas Edison*